| | |
|---|---|
| PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>RON MAROKO, Trial Attorney<br>State Bar No. 124770<br>OFFICE OF THE UNITED STATES TRUSTEE<br>725 S. Figueroa Street, Suite 2600<br>Los Angeles, California 90017<br>(213) 894-4520          (213) 894-2603 Fax<br>ron.maroko@usdoj.gov | FOR COURT USE ONLY<br>110A.BOX<br>Revised 7/97 |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**<br>Los Angeles Division | |
| In re:<br><br>    **Armando and Hortencia Martinez**<br>                                    Debtor(s). | |
| **EX-PARTE MOTION TO REOPEN CHAPTER 11 CASE UNDER 11 U.S.C. §350(b) FOR LIMITED PURPOSE; DECLARATION OF RON MAROKO** | CHAPTER 11<br>CASE NUMBER:<br>     2:10-bk-18615-VK |

TO DEBTOR AND THIS HONORABLE COURT:

1. NOTICE IS HEREBY GIVEN that the United States Trustee will move, and does hereby move this Court, on an ex-parte basis, for an Order reopening this chapter 11 case for the purpose of filing a motion for an accounting and disgorgement of fees against prior bankruptcy counsel under 11 U.S.C. § 329.

2. Procedural history:
   A. A Voluntary Petition under Chapter 11 was filed on: March 9, 2010.
   B. The case docket reflects that the case was dismissed on: May 14, 2010.
   C. The Court docket reflects that the case was closed on: June 25, 2010.

3. **THE FOLLOWING POINTS AND AUTHORITIES IN SUPPORT OF THIS MOTION:**
   A. The United States Trustee requests that the Court reopen the case so that he may file a motion for an accounting and disgorgement of fees under 11 U.S.C. § 329 against attorney Philip Kramer, who never sought the Court's approval of his employment in the Chapter 11 case. Under 11 U.S.C. §350(b), a case may be reopened to administer assets, to accord relief to debtor, or for other cause.

   B. Reopening, by itself, has no independent legal significance, is a ministerial or mechanical act, and determines nothing with respect to the merits of the case. In re Germaine, 152 B.R. 619, (B.A.P. 9th Cir. 1993). "We have repeatedly held that the reopening of a closed bankruptcy case is a ministerial act that functions primarily to enable the file to be managed by the clerk as an active matter and that, by itself, lacks independent legal significance and determines nothing with respect to the merits of the case." In re Menk, 241 B.R. 896, 913 (B.A.P. 9th Cir. 1999).

   C. The request to reopen can be brought ex-parte and without notice. In re Daniels, 34 B.R. 782 (B.A.P. 9th Cir. 1983), In re Abbott, 183 B.R. 198 (B.A.P. 9th Cir. 1995). "Although the reopening procedure prescribed by Rule 5010 requires a motion, it does not require that notice be given to anyone. Fed. R. Bankr. P. 5010. Nor does § 350(b) contain the talismanic mention of notice and hearing that connotes

(This motion is continued on the next page.)

|  | Page 2 |
|---|---|
| In re: Martinez | CASE NO:  2:10-bk-18615-VK |

D. A motion for and accounting and turnover of fees against Debtor's counsel, is a matter that pertains to preventing an abuse of process, which is cause to reopen this case. Alternatively, should the Court deny the motion to reopen, the United States Trustee requests that the Court issue a miscellaneous case number, since the Court has jurisdiction over counsel under § 329 and under the Court's inherent power to regulate the conduct of counsel that appear before the Court.

E. A trustee is not necessary and should not be appointed by the United States Trustee upon reopening of this case. Fed. R. Bank. P. 5010.

4. For each and all of the above reasons, the United States Trustee respectfully requests that the court reopen Debtor's case for the limited purpose of filing a motion for an accounting and disgorgement of fees under 11 U.S.C. § 329. An order reopening the case is being submitted under separate cover.

DATED: 8/13/10

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: _____
Ron Maroko
ATTORNEY FOR THE U.S. TRUSTEE

# DECLARATION OF RON MAROKO

# DECLARATION OF RON MAROKO

| Page 3 | |
|---|---|
| In re: Martinez | CASE NO: 2:10-bk-18615-VK |

## DECLARATION OF RON MAROKO,

I, RON MAROKO, declare,

1. I am over the age of 18 and am employed as an attorney for the Department of Justice, Office of the United States Trustee. In that capacity one of my responsibilities pertains to reviewing cases for irregular attorney conduct. In reviewing this case, I have spoken with Mr. Perez, the Martinez' new counsel, who had previously filed a motion to vacate the 180 day bar in this case. I have prepared a motion for an accounting and disgorgement of fees against former counsel Phillip Kramer. I anticipate that it would be filed no later than two weeks of this case being reopened.

2. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct; that to the best of my knowledge and belief each and all of the facts stated above are accurate; if called as a witness, I could and would testify competently thereto; and that this statement was executed on the following date at Los Angeles, California.

DATED: 8/13/10

RON MAROKO

| In re: Martinez | CHAPTER | 11 |
|---|---|---|
| Debtor(s) | CASE NUMBER | 2:10-bk-18615-VK |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document described as: **EX-PARTE MOTION TO REOPEN CHAPTER 13 CASE UNDER 11 U.S.C. §350(b) FOR LIMITED PURPOSE; DECLARATION OF RON MAROKO**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 13, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
**SEE ATTACHED SERVICE LIST**

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On August 13, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**SEE ATTACHED SERVICE LIST**

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 13, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**SEE ATTACHED SERVICE LIST**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/13/10 | Helen Cruz | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

2

**F 9013-3.1**

| In re: Martinez | | CHAPTER | 11 |
|---|---|---|---|
| | Debtor(s) | CASE NUMBER | 2:10-bk-18615-VK |

## ADDITIONAL SERVICE INFORMATION

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
Debtors' Counsel:    Raymond Perez    rperezlaw@elangeles.com

**SERVED BY U.S. MAIL:**

**Debtor**
Armando Martinez
Hortencia Martinez
1032 S Ditman Ave
Los Angeles, Ca 90023

**Debtors' Former Counsel**
Philip A Kramer
23901 Calabasas Rd Ste1078
Calabasas, CA 91302

**SERVED BY PERSONAL DELIVERY:**

Hon. Victoria S. Kaufman
Delivered to bin outside of Suite 1682
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012-3332

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

3

F 9013-3.1