Philip A. Kramer (SBN 113969)
KRAMER & KASLOW
23901 Calabasas Road, Suite 2013
Calabasas, CA 91302
Telephone: (818) 224-3900
Facsimile:  (818) 224-3911



FILED

SEP 14 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re: | Case No.: 2:10-bk-18615-VK |
| ARMANDO MARTINEZ<br>HORTENCIA MARTINEZ | CHAPTER 11 |
|  | **DECLARATION OF PHILIP A. KRAMER IN OPPOSITION TO TRUSTEEE'S MOTION FOR DISGORGEMENT OF FEES** |
|  | Hearing: September 28, 2010<br>Time: 9:30 a.m.<br>Courtroom: 1675, Los Angeles |

I, Philip A. Kramer, declare as follows:

I am an attorney licensed to practice before this Court and all the courts of the State of California and am an attorney with Kramer & Kaslow, attorneys for debtors Armando Martinez and Hortencia Martinez herein.  I offer this declaration in opposition to Trustee's motion for disgorgement of fees.  I have personal knowledge of the facts set forth below, and if called as a witness could and would testify competently under oath to the following.

- 1 -

DECLARATION OF PHILIP KRAMER IN OPP. TO MOTION FOR DISGORGEMENT

1.    I was contacted on behalf of Mr. and Mrs. Martinez in connection with the evaluation of filing a petition on their behalf. I was advised that Mr. and Mrs. Martinez do not speak any English. I do not speak Spanish, with the exception of some very basic words. I am not fluent in Spanish. I instructed my paralegal, Homy Bazargan, to meet with Mr. and Mrs. Martinez. Mr. Bazargan is a certified paralegal, has worked with my firm for several years, and is generally in charge of preparing the necessary paperwork for Bankruptcy petitions in our office.

2.    Mr. Bazargan met with Mr. and Mrs. Martinez and he conducted a thorough client interview in accordance with my instructions. Mr. Bazargan then met with me and advised me of the discussions that occurred during the client interview. Based upon the information supplied by Mr. and Mrs. Martinez, I believed that their situation warranted the action our firm took.

3.    I personally reviewed the paperwork that Mr. Bazargan prepared. I personally signed the documents. I attempted, on several occasions, to garner more information from and about Mr. and Mrs. Martinez.

4.    Despite my attempts, and the attempts made by Mr. Bazargan to garner additional information from Mr. and Mrs. Martinez, once the petition was filed and an automatic stay was in place, Mr. and Mrs. Martinez did not respond to any inquires made by or on behalf of my office. Only when their failure to communicate with our office result in the dismissal of their action, did Mr. and Mrs. Martinez contact my office. I received two telephone calls, both in Spanish, and I instructed Mr. Bazargan to return the calls.

5.    Kramer & Kaslow did the work for which it was hired. We met with Mr. and Mrs. Martinez and the appropriate paperwork was prepared. I reviewed and signed the paperwork. However, once the automatic stay took effect, Mr. and Mrs. Martinez did not work with our office to enable us to take further steps on their behalf.

///

- 2 -

DECLARATION OF PHILIP KRAMER IN OPP. TO MOTION FOR DISGORGEMENT

6.      Under the circumstances, since we did perform the work we were able to perform, and since Mr. and Mrs. Martinez abandoned their case once the automatic stay was in place, I request that the Trustee's motion for disgorgement of fees be denied.

7.      I have a calendar conflict on September 28, 2010 and I do not plan to attend the hearing on this motion. I will, of course, abide by whatever ruling the Court makes. If the Court wishes for me to personally attend the hearing, I respectfully request that the Court reschedule the hearing date.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 13th day of September, 2010, at Calabasas, California.

_____
Philip A. Kramer

- 3 -

DECLARATION OF PHILIP KRAMER IN OPP. TO MOTION FOR DISGORGEMENT

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 23901 Calabasas Road, Suite 2013, Calabasas, California 91302.

On September 14, 2010, I served the foregoing document described as **DECLARATION OF PHILIP A. KRAMER IN OPPOSITION TO TRUSTEE'S MOTION TO DISGORE FEES** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Peter C. Anderson, Esq.<br>United States Trustee<br>Ron Maroko, Esq.<br>OFFCIE OF THE UNITED STATES TRUSTEE<br>725 S. Figueroa Street, Suite 2600<br>Los Angeles, CA   90017 | |

**BY MAIL, AS FOLLOWS:**

_____    I deposited such envelope with postage thereon fully prepaid in the mail at Calabasas, California.

_X__    I placed the envelope for collection and mailing following ordinary practices. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the United States Postal Service on that same day with postage fully prepaid at Calabasas, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this declaration.

**BY PERSONAL SERVICE, AS FOLLOWS:**

_____    I delivered such envelope by hand directly to the addressees or their representatives at their place of business.

_____    I delivered such envelope to a messenger for same day personal delivery to the addressee.

**BY FACSIMILE, AS FOLLOWS:**

_____    I telecopied such document directly to the addressees. (See attached Proof of Service via Facsimile.)

**(STATE)_____** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**(FEDERAL) ___X__** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 14, 2010 at Calabasas, California.

_____
KATHLEEN A. PAUL.