PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
RON MAROKO, State Bar No. 124770
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017-5418
(213) 894-4520 telephone; (213) 894-2603 facsimile
Email: ron.maroko@*usdoj.gov*

**FILED & ENTERED**

OCT 14 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mai       DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

In re:

Armando Martinez and Hortencia Martinez,

Debtors.

Case No.: 2:10-bk-18615-VK

Chapter 11

**ORDER ON U.S. TRUSTEE'S MOTION FOR ACCOUNTING AND DISGORGEMENT OF FEES**

DATE: September 28, 2010
TIME: 9:30 A.M.
CTRM: 1675

The Court heard the United States Trustee's motion for an accounting and disgorgement of fees against attorney Philip Allen Kramer at the above date and time. Appearances were as follows: Dare Law, Esq. on behalf of the United States Trustee. No other appearances were made.

**The Court orders, good cause appearing to grant the motion:**

1. Philip Allen Kramer is ordered to disgorge $9,000.00 of fees he and/or his firm Kramer and & Kaslow received in this case.

2. The $9,000.00 ordered disgorged shall be used to pay chapter 11 administrative fees of this estate, which includes statutory quarterly fees under 28 U.S.C. § 1930(a)(6) for the second quarter, 2010.

3. Philip Allen Kramer is ordered to turn over that $9,000.00 in certified funds payable as follows: $8,675.00 to debtors Armando Martinez and Hortencia Martinez and $325.00 to the United States Trustee. Philip Allen Kramer is to deliver both the payment due Armando Martinez and

1

1 | Hortencia Martinez and the payment due the Office of the United States Trustee to the Office of the
2 | United States Trustee, 725 S. Figueroa Street, Suite 2600, Los Angeles, CA 90017, attn: Ron
3 | Maroko, within thirty (30) days of the entry of this order.
4 | ###

24 | DATED: October 14, 2010

United States Bankruptcy Judge

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document described as: **ORDER ON U.S. TRUSTEE'S MOTION FOR ACCOUNTING AND DISGORGEMENT OF FEES**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**NOT APPLICABLE**

☐ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **10/4/10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **9/27/10** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/4/10 | Lawrence Pleasant | /s/ Lawrence Pleasant |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                     **F.9013-3.1.PROOF.OF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

*Not Applicable*

**II.    SERVED BY U.S. MAIL:**

**Debtor**
Armando Martinez
Hortencia Martinez
1032 S Ditman Ave
Los Angeles, Ca 90023

**Debtors' Former Counsel** *(State Bar address of record)*
Philip Allen Kramer
Kramer & Kaslow
23901 Calabasas Rd Ste 2013
Calabasas, CA 91302

**Debtor's Counsel**
Raymond Perez
329 N. Rowan Ave
Los Angeles, CA 90063

**III.    SERVED BY PERSONAL DELIVERY:**

Hon. Victoria S. Kaufman
Delivered to bin outside of Suite 1682
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012-3332

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                      **F.9013-3.1.PROOF.OF.SERVICE**

4

**NOTE TO USERS OF THIS FORM**:
**1)**   Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)**   The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**   **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4)**   **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER ON U.S. TRUSTEE'S MOTION FOR ACCOUNTING AND DISGORGEMENT OF FEES**

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of     **10/4/10**     , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Jason E Goldstein    jgoldstein@buchalter.com, bkgroup@buchalter.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Dare Law    dare.law@usdoj.gov
- Ron Maroko    ron.maroko@usdoj.gov
- Raymond Perez    rperezlaw@elangeles.com
- Stefanie A Schiff    ecfcacb@piteduncan.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**NOT APPLICABLE**
☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*     **F 9021-1.1.NOTICE.ENTERED.ORDER**

**ADDITIONAL SERVICE INFORMATION**

II. **SERVED BY U.S. MAIL:**
    **Debtor**
    Armando Martinez
    Hortencia Martinez
    1032 S Ditman Ave
    Los Angeles, Ca 90023

    **Debtors' Former Counsel** *(State Bar address of record)*
    Philip Allen Kramer
    Kramer & Kaslow
    23901 Calabasas Rd Ste 2013
    Calabasas, CA 91302

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*     **F.9013-3.1.PROOF.OF.SERVICE**

6

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: admin                 Page 1 of 1                  Date Rcvd: Oct 14, 2010
Case: 10-18615                Form ID: pdf031             Total Noticed: 5

The following entities were noticed by first class mail on Oct 16, 2010.
db/jdb       +Armando Martinez,   Hortencia Martinez,   1032 S Ditman Ave,   Los Angeles, Ca 90023-2405
aty          +Philip A Kramer,   23901 Calabasas Rd Ste2113,   Calabasas, CA 91302-1542
aty          +Philip A Kramer,   23901 Calabasas Rd Ste1078,   Calabasas, CA 91302-3305
cr           +Golden Security Bank c/o Buchalter Nemer,   1000 Wilshire Blvd., Ste 1500,
               Los Angeles, CA 90017-1730
cr            Golden Security Bank c/o Buchalter Nemer 18400 Von,   Irvine, CA  92612

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
                                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 16, 2010**                    **Signature:** _Joseph Speetjens_